## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERITIV CORPORATION, STEPHEN E. ) <br> MACADAM, SALVATORE A. ABBATE, ) <br> AUTUMN R. BAYLES, SHANTELLA E. ) <br> COOPER, DAVID E. FLITMAN, TRACY A. ) <br> LEINBACH, GREGORY B. MORRISON, ) <br> MICHAEL P. MULDOWNEY, and ) <br> CHARLES G. WARD, III, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:23-cv-01070-CFC <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 19, 2023                              **LONG LAW, LLC**

                                        By:   */s/ Brian D. Long*
                                              Brian D. Long (#4347)
                                              3828 Kennett Pike, Suite 208
                                              Wilmington, DE 19807
                                              Telephone: (302) 729-9100
                                              Email: BDLong@longlawde.com

                                              *Attorneys for Plaintiff*